UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR05-366-RSL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | SUMMARY REPORT OF U.S. |
| | ) | MAGISTRATE JUDGE AS TO |
| LISE BUSCHER, | ) | ALLEGED VIOLATIONS |
| | ) | OF SUPERVISED RELEASE |
| Defendant. | ) | |
| _____ | ) | |

An evidentiary hearing on supervised release revocation in this case was scheduled before me on July 13, 2006. The United States was represented by AUSA Mark P. Parrent and the defendant by Timothy R. Lohraff. The proceedings were digitally recorded.

Defendant had been sentenced in the Eastern District of Pennsylvania on or about April 16, 2004 by the Honorable Marvin Katz on one count of mail fraud and one count of wire fraud, and sentenced to 12 months custody, 3 years supervised release. On September 29, 2005, the Honorable Robert S. Lasnik signed an order transferring jurisdiction of defendant's supervised release to this District. (Dkt. 1)

In addition to the standard conditions of supervised release imposed at the time of

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

01  sentencing, defendant was also ordered to pay restitution in the amount of $28,290.00.  The

02  conditions of release were modified on December 9, 2005, to include the following requirements:

03  that defendant participate in mental health treatment as directed by the U.S. Probation Office, that

04  defendant provide her probation officer with access to any requested financial information,

05  including disclosure of all assets and liabilities and any business interests, that defendant maintain

06  a single checking account, not incur any new credit charges, not be self-employed or employed

07  by friends, relatives, associates, or persons previously known to her unless approved by the U.S.

08  Probation Officer, and that defendant not sell or otherwise convey any assets without first

09  consulting the probation office.  (Dkt. 5).

10          In an application dated May 30, 2006 (Dkt 6), Senior U.S. Probation Officer Christopher

11  Luscher alleged the following violations of the conditions of probation:

12          1.      Committing the crime of unlawful issuance of bank checks on or about November

13  2, 5, and December 2, 3, 5, 6, and 8, 2005, in violation of the standard condition of supervised

14  release that defendant not commit another federal, state, or local crime;

15          2.      Failing to notify the probation officer within 72 hours of being arrested or

16  questioned by any law enforcement officer, on or about December 2005, in violation of standard

17  condition No. 11;

18          3.      Failing to follow the instructions of the probation officer, on or about March 8,

19  2006, in violation of standard condition No. 3;

20          4.      Failing to submit truthful and complete monthly supervision reports for the months

21  of March and April 2006, in violation of standard condition No. 2; and

22          5.      Failing to pay restitution in the amount of $100 per month, as directed, for the

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2

01  months of November 2005, January, February, April, and May 2006, in violation of the special

02  condition that defendant pay restitution in the amount of $28,290.00.

03  An initial hearing on these alleged violations was held before Magistrate Judge Monica J.

04  Benton on June 23, 2006, at which time defendant was released on bond, ordered to reside in a

05  community corrections center, and scheduled to appear for an evidentiary hearing on July 5, 2006.

06  (Dkt. 9)  The evidentiary hearing was subsequently rescheduled to today's date before this Court.

07  Subsequent to the initial hearing, Senior Probation Officer Luscher has alleged two

08  additional violations in an application dated July 6, 2006:

09  6.        Failing to notify third parties of risks that may be occasioned by her criminal record

10  or personal history or characteristics, on or about April 8, 2006, in violation of standard condition

11  No. 13; and

12  7.        Being self-employed and accepting employment without approval from the U.S.

13  Probation Officer, on or about April 8, 2006, in violation of the special condition requiring that

14  the defendant not be self-employed or employed by friends, relatives, associates, or persons

15  previously known to her unless approved by the U.S. Probation Officer.

16  Defendant was advised in full as to those charges and as to her constitutional rights.

17  Defendant admitted alleged violations 1 through 7 and waived any evidentiary hearing as

18  to whether they occurred.

19  I therefore recommend the Court find defendant violated her supervised release as alleged

20  in violations 1 through 7, and that the Court conduct a hearing limited to the issue of disposition.

21  The next hearing will be set before Judge Lasnik on July 25, 2006 at 11:00 a.m.

22  Pending a final determination by the Court, defendant has been released on the conditions

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3

01 as previously ordered, including placement in a Community Corrections Center pending the

02 outcome of the hearing before Judge Lasnik.

03          DATED this 13th day of July, 2006.

04                                        s/ Philip K. Sweigert
                                          United States Magistrate Judge

05

06

07

08 cc:      District Judge:           Honorable Robert S. Lasnik
            AUSA:                     Mark P. Parrent
09          Defendant's attorney:     Timothy R. Lohraff
            Probation officer:        Christopher Luscher
10

11

12

13

14

15

16

17

18

19

20

21

22

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -4