UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  CR05-366-RSL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | SUMMARY REPORT OF U.S. |
| | ) | MAGISTRATE JUDGE AS TO |
| LISE BUSCHER, | ) | ALLEGED VIOLATIONS |
| | ) | OF SUPERVISED RELEASE |
| Defendant. | ) | |
| _____ | ) | |

An evidentiary hearing on supervised release revocation in this case was scheduled before me on November 19, 2007.  The United States was represented by AUSA J. Tate London and the defendant by Jay Stansell .  The proceedings were digitally recorded.

Defendant had been sentenced on or about April 16, 2004 by the Honorable Marvin Katz in the Eastern District of Pennsylvania on a charge of Mail Fraud and Wire Fraud, and sentenced to 12 months custody, three years supervised release. (Dkt. 4, page 12). The case was transferred to this District for supervision on September 29, 2005. (Dkt. 1.)

The conditions of supervised release included the standard conditions plus the requirement that defendant pay restitution in the amount of $28,290.00.

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

On July 3, 2006, the conditions of supervision were modified to require residence in a halfway house for up to 120 days. (Dkt. 13.) On July 13, 2006, the defendant admitted violating the conditions of supervision by committing the crime of unlawful issuance of bank checks, failing to notify the probation officer within 72 hours of being arrested, failing to follow the instructions of the probation officer, failing to submit truthful and complete monthly reports, failing to pay restitution, failing to notify third parties as required, and being self-employed and accepting employment without approval of her probation officer. (Dkt. 15.). Defendant was required to reside in a halfway house for up to 270 days and supervised release was reimposed for 34 months. (Dkt. 20, 21). Additional conditions of release were imposed requiring defendant to submit to drug testing, and abstain from the use of alcohol and participate in alcohol treatment.

On February 16, 2007, defendant's probation officer reported that she had used alcohol on two occasions. She was reprimanded, placed in a structured testing program, and the frequency of testing was increased. No further action was taken at the time. (Dkt. 22.)

On May 1, 2007, defendant admitted violating the conditions of supervision by using alcohol, failing to file monthly reports, failing to report to her probation officer as directed, failure to attend Moral Reconation Therapy (MRT) and failing to report a change in residence. (Dkt. 32.) Defendant was sentenced to 75 days imprisonment (with credit for time served) followed by 33 months supervised release, to include residence in a residential reentry center program for up to 120 days. (Dkt. 36.) Defendant's supervision was modified on October 11, 2007 to require up to an additional 60 days in the residential reentry center. (Dkt. 37.)

In an application dated November 16, 2007 (Dkt. 38), Senior U.S. Probation Officer Jennifer J. Tien alleged the following violations of the conditions of supervised release:

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2

1. Using alcohol on or before November 7, 2007 in violation of the special condition that she abstain from alcohol.

2. Failing to report for a random Breathalyzer test on November 14, 2007, in violation of the special condition of alcohol aftercare.

3. Failing to report as instructed for a mental health assessment on November 15, 2007, in violation of the special condition of mental health aftercare.

Defendant was advised in full as to those charges and as to her constitutional rights.

Defendant admitted the alleged violations and waived any evidentiary hearing as to whether they occurred. (Dkt. 42.)

I therefore recommend the Court find defendant violated her supervised release as alleged, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Lasnik.

Pending a final determination by the Court, defendant has been detained.

DATED this <u>19th</u> day of November, 2007.

_/s/ Mary Alice Theiler_
Mary Alice Theiler
United States Magistrate Judge

cc: District Judge: Honorable Robert S. Lasnik
AUSA: J. Tate London
Defendant's attorney: Jay Stansell
Probation officer: Jennifer J. Tien

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3