UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR05-366-RSL |
| Plaintiff, ) | |
| ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| LISE BUSCHER, ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant. ) | |
| _____ ) | |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on July 14, 2008. The United States was represented by Assistant United States Attorney Tate London, and the defendant by Tim Lohraff. The proceedings were digitally recorded.

The defendant had been charged and convicted of one count of Mail Fraud and one count of Wire Fraud, in violation of 18 U.S.C. § 1341 and 1343, respectively. On or about April 16, 2004, defendant was sentenced by the Honorable Marvin Katz in the Eastern District of Pennsylvania to a term of twelve (12) months in custody, to be followed by three (3) years of supervised release. On September 29, 2005, the Honorable Robert S. Lasnik signed an order transferring jurisdiction of defendant's supervised release to this District.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in a substance abuse and mental health programs, financial disclosure, $28,290 restitution, submit to search, up to 120 days at a residential reentry center; no self-employment and all employment subject to

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE
PAGE 1

approval by USPO prior to commencing and with third party risk disclosure; not enter any establishment where alcohol is the primary commodity for sale; and no new lines of credit or loans without prior approval.

In a Petition for Warrant or Summons, dated May 12, 2008, U.S. Probation Officer Jennifer J. Tien asserted the following violations by defendant of the conditions of her supervised release:

1) Using alcohol on or before March 29, 2008, in violation of the special condition of alcohol and drug aftercare.

2) Failing to report change in residence on or before March 29, 2008, in violation of standard condition number six.

3) Failing to report for daily Breathalyzer since May 6, 2008, in violation of standard condition number two.

4) Failing to participate in intensive outpatient drug treatment at Recovery centers of King County, in violation of the special condition of drug and alcohol aftercare.

The defendant was advised of her rights, acknowledged those rights, and admitted to the four alleged violations.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of her supervised release as to violations numbers 1, 2, 3 and 4, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable Robert S. Lasnik on July 24, 2008, at 1:30 p.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 15th day of July, 2008.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE
PAGE 2

| | | |
|---|---|---|
| cc: | District Judge: | Honorable Robert S. Lasnik |
| | AUSA: | Mr. Tate London |
| | Defendant's attorney: | Mr. Jay Stansell |
| | Probation officer: | Ms. Jennifer J. Tien |

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE
PAGE 3